FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Northern_____ DIVISION

CASE NO. __3:23-cv-00058-JM-JJV__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 02 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☒ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: __James Carmichael__
     ADC # __500214__
     Address: __685 NCR 599 Luxora AR 72358__

     Name of plaintiff: __Steven Casey Ray__
     ADC # __106322__
     Address: __685 NCR 599 Luxora AR 72358__

     Name of plaintiff: _____
     ADC # _____
     
     Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: __Mississippi County Jail__
     Position: __County Jail__
     Place of employment: _____
     Address: _____
     Name of defendant: _____
     Position: _____

This case assigned to District Judge Moody
and to Magistrate Judge Volpe

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

~~☒~~ official capacity only
☐ personal capacity only
☒ both official and personal capacity

*JC* (circled)

III.  Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___   No _X_

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      ☐   Parties to the previous lawsuit:

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

_____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: **Mississippi County Jail Arkansas**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

**X** in jail for other reasons (e.g., alleged probation violation, etc.)
explain: **Incarcerated for a PV based on false arrest and retaliation by parole officer**

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes **X**   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

**Yes and the grievance was made unavailable to me due to another 1983 I filed I also was chastized because I've filed this one my mail is being intercepted and I'm being punished for standing up for my rights**

Yes X   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I'm Being Held At Mississippi County Jail A-Block Cell #7 2311 The Shower is Full of Mold And The Water piles up In front of the shower causing a Fall Hazord To My Self As well As Others, Mold over The Walls, And Mildew in the Cells Because of No ventilation, a Booties Breeding around every Dorm In the Jail Has Mold Either on the Walls The Shower's are so Filthy and Mold Ridden its Hard To Even Stand some Dorm's Don't Even Have Hot Water like D-Block I Have Been Writeing Grievences About Yard Call and The Opertunity To get Fresh Air But To No Avigal. Then We Were Allowed To get one But, I Recived Reporcussions BeHind The Grievenal Now →

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Any And All Relief ee ALLibad

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 21 day of feburary, 20 23.

James Carmichael
685 NCR 599
Luxora, 72358
James Carmichael
Signature(s) of plaintiff(s)

-8-

James Carmichael
685 NCR 599
Luxora ARk 72358

2/21/23

I'm Being held At mississippi County Jail A Block Cell # 7 23/1 The Shower is full of mold AND The water piles up In front of the Shower causing a fall Hazord to my Self As well As others, mold over the walls AND mildew In the Cells Because of no Ventilation a Bactiera Breeding Grounds Every Dorm in the Jail has mold either on The walls The Showers Are So filthy AND mold Ridden it's hard to even stand Some Dorm's Dont Even have Hot water like D Block i have Been writing Grievences About yard Call AND the oppertunity to get fresh Air, but to no Avieal Then we were Allowed to get one But i Recived Reparcusions Behind the Grievence Now They wont Even Respond.

Respectfully Subitted

James Carmichael
685 NCR 599
Luxora Ar 72358

James Carmichael
1085 NCC 599
Luxor AR; 72358

Have .60 on Books
Please Comp: Sete
Thank you

72201-382999

MEMPHIS TN 3
28 FEB 2023 PM
US POST
ZIP 72358
02 7H
000600247

Pro C Clear
1000 West Cap H
Little Rock AR
7