IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CARMICHAEL                                                                                       PLAINTIFF
ADC #500214

v.                                             3:23-cv-00058-JM

MISSISSIPPI COUNTY JAIL, *et al.*                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  (Doc.26.)   No objections have been filed, and the time to do so has passed.   After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Amended Complaint (Doc. 18) is DISMISSED without prejudice, and this case is CLOSED.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 22nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE