IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CARMICHAEL                                                                                           PLAINTIFF
ADC #500214

v.                                                      3:23-cv-00058-JM

MISSISSIPPI COUNTY JAIL, *et al.*                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 22nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE